**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

STEVEN C. RAY, JR.,                                                                                    PLAINTIFF

V.                                    2:20-CV-00166-BSM-JJV

BUREAU OF PRISONS                                                                                  DEFENDANT

## ORDER

Plaintiff has submitted this 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g) case for filing in this district. However, given the location of the defendant's sentencing, the Court finds that venue properly lies in the Western District of Missouri. 18 U.S.C. §3582(c)(1)(A). Accordingly, the interests of justice are best served by transferring this case to the United States District Court for the Western District of Missouri. 28 U.S.C. § 1406(a).

THEREFORE, the Clerk is directed to immediately transfer a copy of this order and the original file of this Court to the Clerk of the United States District Court for the Western District of Missouri.

IT IS SO ORDERED this 17th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE